UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MATTHEW LEE RICHARDS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01294-CDB<br><br>ORDER ON STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE TO MARCH 25, 2025, AT 10:00 A.M.<br><br>(Docs. 5, 6) |

　　　Plaintiffs Estate of Matthew Lee Richards, by and through successors in interest, Derrienne Richards and Robert Williams Richards ("Plaintiffs"), initiated this action with the filing of a complaint against Defendants County of Kern, Sheriff Donny Youngblood ("County Defendants"), and Kern County Hospital Authority (collectively, "Defendants") on October 23, 2024.[1]  (Doc. 1).

　　　Pending before the Court is the parties' stipulated request to reschedule the initial scheduling conference. (Doc. 6).  Because the parties stipulated to extend County Defendants' time to answer or otherwise respond to the complaint, they jointly request to reschedule the initial scheduling conference currently set for January 22, 2025, to March 25, 2025, at 9:00

---

[1] The parties represent in the instant stipulated request that Defendant County of Kern is erroneously sued herein as Defendant "Kern County Sheriff's Office & Kern County."  (Doc. 6).

1  A.M. or as soon thereafter as the Court and the parties are available.  (*Id.*).

2  The parties represent that in light of the stipulation extending the time for County Defendants to respond to the complaint, there is insufficient time for the parties to meet and confer to prepare the joint scheduling report for the initial scheduling conference as currently set.  (*Id.*).  The parties also represent that Defendant Kern County Hospital Authority has not appeared in this case as of the filing of the instant stipulation.  (*Id.* at 1).  The parties represent that good cause exists to continue the scheduling conference in light of County Defendants' extended time to respond to the complaint and because not all parties have appeared in this case, or will have appeared, and the requested continuance will give the parties adequate time to meet and confer to prepare and file the joint scheduling report.  (*Id.*).

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that the scheduling conference set for January 22, 2025, is continued to **March 25, 2025, at 10:00 a.m.**  The parties are reminded of their obligation to file a joint scheduling report electronically (7) days prior to the new scheduling conference date, and email in Word format to cdborders@uscourts.gov.  (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:   **December 26, 2024**                                   _____
                                                                                         UNITED STATES MAGISTRATE JUDGE