UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MATTHEW LEE RICHARDS, by and through successors in interest, Derrienne Richards and Robert William Richards, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-01294-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER<br><br>(Docs. 20, 23) |

Plaintiffs Estate of Matthew Lee Richards, by and through successors in interest, Derrienne Richards and Robert Williams Richards (collectively, "Plaintiffs") initiated this action with the filing of a complaint against Defendants County of Kern (erroneously sued as Kern County Sheriff's Office and Kern County) and Kern County Sheriff Donny Youngblood (collectively, "Defendants") on October 23, 2024.  (Doc. 1).  Plaintiffs seek damages pursuant to 42 U.S.C. §§ 1983 and 1988 arising from decedent Matthew Lee Richards's death by suicide while incarcerated at the Kern County Sheriff's Office, Mojave Substation Jail.  *Id*.  On March 25, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines.  (Doc. 20).

Pending before the Court is the parties' stipulated request to amend the scheduling order to continue the deadline from October 7, 2025, to November 21, 2025, to amend the pleadings,

including to add or substitute parties (including Doe defendants) and/or allegations and claims, filed on October 6, 2025. (Doc. 23). The parties represent good cause exists to grant the requested continuance as Plaintiffs have conferred with Defendants' counsel to obtain surveillance footage of decedent Richards's cell in the hours prior to him being found unresponsive on September 3, 2023, and Defendants' counsel encountered technical difficulties in downloading the 19-hour long footage. *Id.* at 2. The parties represent that despite Plaintiffs' efforts to secure the footage from Defendants, Plaintiffs have been unable to amend the complaint to include detailed factual allegations regarding the underlying incident. *Id.* The parties represent that the length of the continuance is reasonable based on these representations and as this is the parties' first request for the continuance of the deadline to amend the pleadings. *Id.*

Based on the parties' stipulated representations, the Court finds good cause exists to amend the scheduling order to continue the deadline to file any pleading amendments.

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 23), and for good cause shown, it is HEREBY ORDERED that the scheduling order (Doc. 20) is amended as follows:

| **Deadline to Amend Pleadings** | **November 21, 2025** |
|---|---|

All other case management dates and provisions of the operative scheduling order (Doc. 20) not in conflict with this order remain unchanged.

IT IS SO ORDERED.

Dated:   **October 7, 2025**                        _____
                                                    UNITED STATES MAGISTRATE JUDGE

2