UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MATTHEW LEE RICHARDS,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-01294-CDB<br><br>ORDER ON STIPULATION GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT <u>AS MODIFIED</u><br><br>(Doc. 25)<br><br>**<u>SEVEN (7)-DAY DEADLINE</u>** |

Plaintiffs Estate of Matthew Lee Richards, by and through successors in interest, Derrienne Richards and Robert Williams Richards (collectively, "Plaintiffs") initiated this action with the filing of a complaint against Defendants County of Kern (erroneously sued as Kern County Sheriff's Office and Kern County) and Kern County Sheriff Donny Youngblood (collectively, "Defendants") on October 23, 2024. (Doc. 1). Plaintiffs seek damages pursuant to 42 U.S.C. §§ 1983 and 1988 arising from decedent Matthew Lee Richards's death by suicide while incarcerated at the Kern County Sheriff's Office, Mojave Substation Jail. *Id.* On March 25, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 20). On October 7, 2025, the Court granted the parties' stipulated request to amend the scheduling order as modified to continue the deadline to amend pleadings from October 7, 2025, to November 21, 2025. (Doc. 24).

Pending before the Court is the parties' stipulated request for leave for Plaintiffs to file a

first amended complaint ("FAC"), filed on November 21, 2025. (Doc. 25). Plaintiffs attach to their stipulated a copy of the proposed FAC. (Doc. 25-2). The proposed FAC seeks to add the following individuals as named defendants: (1) Lieutenant Zachary Bittle; (2) Sergeant Jose Perez; (3) Deputy Rodolfo Ramirez; (4) Deputy Connor Bray; and (5) Senior Deputy Marcus Kochanski. (Doc. 25 at 2). The parties request that Plaintiffs be provided 15 days after issuance of this order within which to file the proposed FAC as a stand-alone docket entry, and Defendants be provided 45 days after service of the FAC within which to file a response. *Id.* ¶¶ 2-4.

Having considered the parties' stipulated representations and the factors enunciated in *Western Shoshone Nat'l Council v. Molini,* 951 F.2d 200, 204 (9th Cir. 1991), *cert. denied*, 506 U.S. 822 (1992), the parties' request for Plaintiffs to have leave to amend the complaint will be granted as modified below.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Within **seven (7) days** from entry of this order, Plaintiffs SHALL FILE as a stand-alone docket entry the first amended complaint proposed in the parties' stipulation (Doc. 25-2); and

2. Defendants shall respond to the first amended complaint **within 45 days** of its service. *See* Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated:   **November 24, 2025**

UNITED STATES MAGISTRATE JUDGE

2