# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MATTHEW LEE RICHARDS, by and through successors in interest, Derrienne Richards and Robert William Richards; DERRIENNE RICHARDS, individually; ROBERT WILLIAM RICHARDS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY SHERIFF'S OFFICE; a public entity; KERN COUNTY, a public entity; SHERIFF DONNY YOUNGBLOOD, in his individual and official capacities; ZACHARY BITTLE; JOSE PEREZ; RODOLFO RAMIREZ; CONNOR BRAY; MARCUS KOCHANSKI; and DOES 1 through 10, individually, jointly and severally,<br><br>Defendants. | **CASE NO. 1:24-cv-01294-CDB**<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 47)** |

///

///

///

# ORDER

The Court having reviewed and considered the parties' Stipulation to Modify the Scheduling Order (the "Stipulation"), and good cause having been shown therefor, the Court hereby orders the Scheduling Order be amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | Vacated | 04/30/2027 |
| Expert Disclosure Deadline | Vacated | 06/01/2027 |
| Rebuttal Expert Disclosure Deadline | Vacated | 07/01/2027 |
| Expert Discovery Cut-Off | 09/24/2026 | 08/02/2027 |
| Non-Dispositive Motion Filing Deadline | 10/08/2026 | 09/01/2027 |
| Non-Dispositive Motion Hearing Deadline | 09/28/2026 | 10/07/2027 |
| Dispositive Motion Filing Deadline | 10/26/2026 | 11/08/2027 |
| Dispositive Motion Hearing Deadline | 11/30/2026 | 12/13/2027 |
| Pretrial Conference | 01/11/2027 | 03/20/2028 |
| Trial | 03/08/2027 | 05/15/2028 |

IT IS SO ORDERED.

Dated: **August 27, 2026**

UNITED STATES MAGISTRATE JUDGE